UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:21-cv-655-DJH-RSE<br>) |
| v. | )<br>) |
| KEVIN HIBDON and JAMES DUSTIN MEADOWS, Individually and d/b/a LOUISVILLE MEDIA BOX, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**
**AS TO DEFENDANT KEVIN HIBDON**

Before the Court is the Agreed Motion for Final Judgment and Permanent Injunction filed jointly by Plaintiffs DISH Network L.L.C. ("DISH"), Sling TV L.L.C. ("Sling", collectively with DISH, "Plaintiffs"), and Defendant Kevin Hibdon ("Defendant"). The Court **GRANTS** the agreed motion and **ORDERS** as follows:

1. Judgment is entered against Defendant, and for Plaintiffs, on Count II of the complaint which allege Defendant's violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(2).

2. Plaintiffs are awarded damages of $1,102,500.00 against Defendant.

3. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is permanently enjoined from:

    (a) redistributing, retransmitting, or assisting others in redistributing or retransmitting any DISH or Sling Content (the "Protected Content") to which Defendant does not have valid licensing rights to redistribute or retransmit;

    (b) distributing, copying, reproducing, performing, hosting, streaming, or displaying DISH or Sling video programming to which Defendant does not have valid licensing rights the "Protected Content";

    (c) manufacturing, assembling, modifying, importing, exporting, selling, processing payments for, or otherwise distributing any device, software, code, software program, or application that is intended for unauthorized receipt or unauthorized assisting in receipt of the Protected Content; and

    (d) advertising, marketing, or promoting for the unauthorized reception of the Protected Content.

4. This permanent injunction takes effect immediately.

5. Each party is to bear its own attorney's fees and costs.

6. The Court retains jurisdiction over this action for a period of three (3) years for the purpose of enforcing this final judgment and permanent injunction.

March 3, 2023

David J. Hale, Judge
United States District Court