UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DISH NETWORK L.L.C. and SLING TV L.L.C., Plaintiffs,

v.  Civil Action No. 3:21-cv-655-DJH-RSE

KEVIN HIBDON and JAMES DUSTIN MEADOWS, Defendants.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Plaintiffs DISH Network L.L.C. and SLING TV L.L.C. with respect to all claims asserted against Defendant James Dustin Meadows.

(2) Plaintiffs are awarded statutory damages in the amount of $5,735,000.00 for violations of 17 U.S.C. §§ 1201(a)(1)(A) and (a)(2). (*See* Docket No. 44)

(3) Pursuant to 28 U.S.C. § 1961, interest **SHALL ACCRUE** from the date of entry of Judgment at a rate of 5.34 percent per annum.

(4) All claims having been resolved (*see* D.N. 41), this matter is **DISMISSED**, **CLOSED**, and **STRICKEN** from the Court's active docket.

(5) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

August 15, 2023

**David J. Hale, Judge**
**United States District Court**